IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. FRENCH,                    §
    Plaintiff,                        §
                                      §
v.                                    §    Civil Action No. 3:17-CV-2612-B
                                      §
NEW HAMPSHIRE INSURANCE                §
COMPANY, et al.,                       §
    Defendants.                       §

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendants' Motion to Dismiss, Doc. 24, is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Defendant American Airlines' separate motion to dismiss, Doc. 27, is **DENIED AS MOOT**.

SO ORDERED this 25th day of April, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE